IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN LOPEZ,                                    )
                                                )
            Plaintiff,                          )
                                                )
v.                                              )       Civil Action No. 3:24-cv-285–HEH
                                                )
HENRICO COUNTY, *et al.*,                       )
                                                )
            Defendants.                         )
                                                )

## ORDER
### (Granting Consent Motion to Extend Briefing Schedule)

THIS MATTER is before the Court on Plaintiff Kevin Lopez's ("Plaintiff")

Consent Motion to Extend Briefing Schedule for Defendants' Motion to Dismiss (the

"Motion," ECF No. 4), filed on April 30, 2024.  Defendants Henrico County and

Detective A.V. Minter (collectively "Defendants") filed a Motion to Dismiss on April 18,

2024 (ECF No. 2).  Plaintiff requests, and Defendants consent, to extend the briefing

schedule for the response and reply.  Upon due consideration, the Motion is GRANTED.

Plaintiff's Response to Defendants' Motion to Dismiss is due on May 15, 2024.

Defendants' Reply in support of their Motion to Dismiss is due on May 22, 2024.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

_____/s/_____
Henry E. Hudson
Senior United States District Judge

Date: May 1, 2024
Richmond, Virginia